4272.   JACOBS *v.* ATLANTA SKIRT MANUFACTURING CO.

RUSSELL, J. All the questions presented by the present writ of error were settled adversely to the contentions of the plaintiff in error when the case was here before. *Atlanta Skirt Manufacturing Co.* v. *Jacobs*, 8 Ga. App. 299 (68 S. E. 1077). *Judgment affirmed.*

DECIDED FEBRUARY 11, 1913.

Appeal; from Fulton superior court—Judge Pendleton. May 17, 1912.

*Mayson & Johnson*, for plaintiff in error.
*Horton Brothers & Burress*, contra.